# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

LORINE F. WAITS,

        Plaintiff,

vs.                                 CASE NO. 5:10cv144/RS-EMT

MICHAEL B. DONLEY, Secretary of
Department of the Air Force,

        Defendant.
_____/

## ORDER

Before me is Defendant's Motion For Relief From Mediation Order Or

Alternatively To Continue Mediation Deadline (Doc. 19).

**IT IS ORDERED** that the parties shall complete mediation not later than April 15,

2011.


**ORDERED** on February 24, 2011.


                         /S/ Richard Smoak
                         **RICHARD SMOAK**
                         **UNITED STATES DISTRICT JUDGE**